No. 76–6050.  HUFFMAN *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 76–6051.  TUCKER *v.* GUNN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 76–6053.  KAWAMURA *v.* VERSKA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 76–6057.  OWENS *v.* OFFICE OF THE DEAN, RUTGERS LAW SCHOOL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–6088.  ZAPATA *v.* WATKINS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–6127.  REFUGE *v.* MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 76–6129.  BABSON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–6139.  BLACKWELL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 76–6143.  DeVOLL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–6157.  PEARCE ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–6164.  WUESCHINSKI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–6165.  McINTOSH ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 76–6168.  BUSBY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–6170.  WATTERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.